IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENJAMIN KARL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>SGT. POSTMA and OFFICER DAVID AUGUST,[1]<br><br>Defendants. | CV 14–62–H–DLC–JTJ<br><br><br>ORDER |

Plaintiff Benjamin Smith, an inmate proceeding in forma pauperis and without counsel, filed a Motion to Comply Defendants to Hold Case Conference. (Doc. 68.) Mr. Smith is asking the Court to require Defendants to hold a case conference. Although the initial Scheduling Order in this matter required defense counsel to assume responsibility for convening a conference of all parties for the purpose of preparing a Proposed Final Pretrial Order, that was only if no dispositive motions were filed. (Sch. Ord, Doc. 23 at 3.) As dispositive motions were filed, that aspect of the Scheduling Order is not applicable.

Accordingly, IT IS HEREBY ORDERED THAT Mr. Smith's Motion to

---

[1]The case caption has been amended to reflect the dismissal of some of the defendants on August 11, 2016. (Doc. 67.)

1

Comply (Doc. 68) is **DENIED**.

DATED this 7th day of October 2016.

    */s/ John Johnston*
John Johnston
United States Magistrate Judge